The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| THEODORE C. SWARTZ, | Case No. C03-1252 P |
| Plaintiff, | DECLARATION OF MARK J. WILSON IN SUPPORT OF MOTION FOR LEAVE TO FILE THIRD AMENDED COMPLAINT |
| vs. | |
| KPGM, LLP; SIDLEY AUSTIN BOWN & WOOD, LLP; DALE R. BAUMANN; R. J. RUBLE, and their respective marital communities, if any, | |
| Defendants. | |

**DECLARATION**

Mark J. Wilson respectfully submits the following DECLARATION IN SUPPORT OF MOTION FOR LEAVE TO AMEND COMPLAINT.

1. I am attorney representing Plaintiff T.C. Swartz in this action. I have personal knowledge of the matters stated herein and am competent to testify as to the same.

2. Attached hereto as Exhibit 1 is Plaintiff's Proposed Third Amended Complaint.

DECLARATION OF WILSON IN SUPPORT OF
MOTION FOR LEAVE TO AMEND
COMPLAINT - 1
C03-1252 P

**MERRIAM & ISAACSON, P.S.**
701 Fifth Avenue, Suite 5800
Seattle, Washington 98104
Telephone: (206) 829-2500
Fax: (206) 829-2501

3. I swear under penalty of perjury that the foregoing is correct to the best of my knowledge and belief.

Respectfully submitted this 13th day of August, 2007.

MERRIAM & ISAACSON, P.S.
701 Fifth Avenue, Suite 5800
Seattle, WA  98104
206 829 2500
/S/
Mark J. Wilson, WSBA 16675                    Date:  August 13, 2007
markw@isaacsonlawfirm.com

Attorneys for Plaintiff T.C. Swartz

DECLARATION OF WILSON IN SUPPORT OF
MOTION FOR LEAVE TO AMEND
COMPLAINT - 2
C03-1252 P

**MERRIAM & ISAACSON, P.S.**
701 Fifth Avenue, Suite 5800
Seattle, Washington  98104
Telephone: (206) 829-2500
Fax: (206) 829-2501

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document is herewith filed electronically in compliance with all applicable Orders and Rules of this Court. As such, this Notice is hereby served on all counsel who are deemed to have consented to electronic service. The undersigned knows of no counsel of record who has not consented to or who is deemed to have not consented to electronic service or has requested manual service. Therefore, pursuant to Fed. R. Civ. P. 5(d), and the Orders and Rules of this Court, by electronic filing of this Notice, all counsel are deemed to be served with a true and correct copy of the foregoing by email.

Executed this 13th day of August, 2007, at Seattle, Washington.

/S/
Lynn Nguyen

DECLARATION OF WILSON IN SUPPORT OF
MOTION FOR LEAVE TO AMEND
COMPLAINT - 3
C03-1252 P

**MERRIAM & ISAACSON, P.S.**
701 Fifth Avenue, Suite 5800
Seattle, Washington 98104
Telephone: (206) 829-2500
Fax: (206) 829-2501