UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

THEODORE SWARTZ,

        Plaintiff(s),

  v.

DEUTSCHE BANK AG, et al.,

        Defendant(s).

NO. C0-MJP

MINUTE ORDER re: 2nd STIPULATION AND PROPOSED ORDER AMENDING NOTING DATE FOR DB AND PRESIDIO DEFENDANTS' MOTIONS TO DISMISS AND PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT

The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman:

The Court has received and reviewed the above stipulation and proposed order (Dkt. No. 261). The request to amend the noting date is DENIED. This matter currently has a trial date of May 12, 2008. The parties' proposed re-noting date would create a six-week window between when the motions are ripe and when trial is scheduled to commence. It is neither realistic nor efficient to presume that the Court can review the pleadings in Defendants' motion to dismiss and Plaintiff's motion for partial summary judgment and produce orders sufficiently in advance of trial to avail the parties and serve the interests of justice.

Filed this 28th day of January, 2007.

BRUCE RIFKIN, Clerk
By   /s Mary Duett
      Deputy Clerk

MINUTE ORDER