UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

THEODORE C. SWARTZ,

        Plaintiff(s),

  v.

DEUTSCHE BANK AG, et al.,

        Defendant(s).

NO. C03-1252MJP

MINUTE ORDER

The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman:

The Court conferred by phone on February 4, 2008 at 10 a.m. with counsel for Plaintiff and Defendants. Discussion was held concerning the briefing schedules for Defendants' motions to dismiss and Plaintiff's motion for partial summary judgment. Following that discussion, the Court entered the following order concerning Defendant Deutsche Bank's Motion to Dismiss (Dkt. No. 232), Defendant Walter Conston Alexander and Green's Motion to Dismiss (Dkt. No. 245), Defendant Presidio Advisory Services' Motion to Dismiss (Dkt. No. 247) and Plaintiff's Motion for Partial Summary Judgment (Dkt. No. 252) :

IT IS HEREBY ORDERED that responsive briefs in the above-mentioned motions shall be filed no later than 10:45 a.m. on February 6, 2008.

IT IS FURTHER ORDERED that reply briefs in the above-mentioned motions shall be filed not later than February 12, 2008.

All other motions for extensions of the briefing schedules or noting dates in motions pending in this matter are DENIED. Following the Court's ruling on the pending motions to dismiss, the parties

MINUTE ORDER

will be directed to file a Joint Status Report concerning the remaining case schedule events.

Filed this 4th day of February, 2008.

                                                    BRUCE RIFKIN, Clerk

                                  By    /s Mary Duett
                                           Deputy Clerk

MINUTE ORDER