The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| THEODORE C. SWARTZ,<br><br>Plaintiff,<br><br>v.<br><br>DEUTSCHE BANK AG; DEUTSCHE BANK SECURITIES, INC.; DEUTSCHE BANK OF NEW YORK; BANKERS TRUST COMPANY; PRESIDIO ADVISORY SERVICES, LLC; PRESIDIO ADVISORY SERVICES, INC.; PRESIDIO GROWTH, LLC; PRESIDIO RESOURCES, LLC; PRESIDIO VOLATILITY MANAGEMENT; PRESIDIO FINANCIAL GROUP; MORLEY, INC.; HAYES STREET MANAGEMENT SERVICES, INC.; NORWOOD HOLDINGS, INC.; HOLLAND PARK; PREVAD, INC.; JOHN M. LARSON, individually; ROBERT A. PFAFF, individually; DAVID AMIR MAKOV, individually; STEVEN BUSS, individually; GRANT THORNTON INTERNATIONAL; GRANT THORNTON, LLP; WALTER, CONSTON, ALEXANDER & GREEN, P.C.; HOLLAND & HART, LLP; and their respective marital communities, if any; and Does 1 through 50,<br><br>Defendants. | NO.  C03-1252 MJP<br><br>**MOTION TO EXTEND SCHEDULE FOR ADDRESSING REQUEST FOR INDEMNIFICATION AND ATTORNEYS' FEES OR, ALTERNATIVELY, MOTION FOR INDEMNIFICATION AND ATTORNEYS' FEES**<br><br><u>Noted on Motion Calendar</u>:<br>July 25, 2008 |

MTN. TO EXTEND SCHEDULE FOR ADDRESSING
INDEMNIFICATION AND ATTORNEYS' FEES OR,
ALTERNATIVELY, MOTION FOR INDEMNIFICATION AND
ATTORNEYS' FEES
No. C03-1252 MJP

**SAVITT & BRUCE LLP**
1325 Fourth Avenue Suite 1410
Seattle, Washington 98101-2509
(206) 749-0500

## I. INTRODUCTION AND RELIEF REQUESTED

Dismissed defendants John M. Larson and Robert A. Pfaff, and defendant Presidio Growth, LLC (on behalf of dismissed defendant Steven Buss) respectfully move for an order extending the schedule for their request for indemnity and attorneys' fees against plaintiff Swartz.[1] Alternatively, the moving parties move for indemnification and recovery of attorneys' fees and costs, and request an appropriate briefing schedule. This Motion is based on the instant memorandum, the accompanying Declaration of Steven M. Bauer, the files and records of this case, and any other evidence and argument that may be presented.

## II. ARGUMENT

The Subscription Agreement controlling Mr. Swartz's participation in the BLIPS investment program includes a specific indemnification and attorneys' fees clause, which entitles dismissed defendants Pfaff and Larson to recover their attorneys fees and costs incurred in this matter. *See* Declaration of Steven M. Bauer ("Bauer Decl.") at Exhibit 1. In addition, the Subscription Agreement entitles Presidio to recover the fees and costs incurred on behalf of dismissed defendant Steven Buss. *Id.* Defendants notified plaintiff and his attorneys about this provision back in April 2005, and made the appropriate indemnification request. *Id.*

Now that defendants Pfaff, Larson and Buss have been dismissed from this litigation (*see* Dkt. Nos. 327, 348, 349), the claim for recovery of their fees and costs is ripe. During this long litigation, a fair estimate of the share of the defense fees and costs incurred on their behalf is approximately $275,000, which they are entitled to under the Subscription Agreement. *See* Bauer Decl. at ¶ 3.

Larson and Pfaff have been represented by the same law firms that represent the Presidio entity defendants. As a result, the current fee request necessarily requires a reasonable

---

[1] Defendants Larson and Pfaff previously appeared specially in this matter for the purpose of contesting personal jurisdiction. The Court denied motions to dismiss on this basis (*see* Dkt. No. 327). In making the instant motion, Larson and Pfaff do not waive and specifically reserve their prior-stated jurisdictional objections in the event of an appeal.

MTN. TO EXTEND SCHEDULE FOR ADDRESSING
INDEMNIFICATION AND ATTORNEYS' FEES OR,
ALTERNATIVELY, MOTION FOR INDEMNIFICATION AND
ATTORNEYS' FEES - 1
No. C03-1252 MJP

**SAVITT & BRUCE LLP**
1325 Fourth Avenue Suite 1410
Seattle, Washington 98101-2509
(206) 749-0500

apportionment of fees among the various clients. *See* Bauer Decl. at ¶ 3. We might be able to avoid apportionment issues, and related discovery, by delaying the resolution of this request until after resolution of the case involving all of the Presidio defendants. In short, rather than spending time and resources at this juncture litigating fee and indemnity issues, the moving defendants respectfully submit that it would be more efficient to postpone that issue until the statute of limitations issue has been resolved regarding the Presidio defendants.[2]

Alternatively, and to avoid any waiver allegation, the moving defendants (a) move for recovery of attorneys' fees and costs pursuant to Fed. R. Civ. P. 54(d)(2) and the indemnity provision of the Subscription Agreement, (b) state that a fair estimate of the amount sought is $275,000, and (c) request a briefing schedule, on the assumption that the plaintiff will oppose this fee request.

RESPECTFULLY SUBMITTED: July 8, 2008.

By _____/s/_____
Stephen C. Willey, WSBA #24499
**SAVITT & BRUCE LLP**
1325 Fourth Avenue Suite 1410
Seattle, WA 98101-2509
Telephone: (206) 749-0500

-and-

Steven M. Bauer
(admitted *pro hac vice*)
**LATHAM & WATKINS LLP**
505 Montgomery Street, Suite 2000
San Francisco, California 94111-2562
Telephone: (415) 391-0600
Facsimile: (415) 395-8095

Attorneys for Defendants Presidio Advisory Services; LLC, Presidio Growth, LLC; Presidio Resources, LLC; John M. Larson and Robert A. Pfaff

---

[2] Under Fed. R. Civ. P. 54(d)(2)(B), a court may alter the schedule for a motion for attorneys' fees and costs.

MTN. TO EXTEND SCHEDULE FOR ADDRESSING INDEMNIFICATION AND ATTORNEYS' FEES OR, ALTERNATIVELY, MOTION FOR INDEMNIFICATION AND ATTORNEYS' FEES - 2
No. C03-1252 MJP

**SAVITT & BRUCE LLP**
1325 Fourth Avenue Suite 1410
Seattle, Washington 98101-2509
(206) 749-0500