UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| THEODORE C. SWARTZ,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>PRESIDIO ADVISORY SERVICES, LLC, et al.,<br><br>　　　　　　Defendants. | CASE NO.: C03-1252 MJP<br><br>STIPULATION AND ORDER OF DISMISSAL OF PRESIDIO ADVISORY SERVICES, LLC, PRESIDIO GROWTH, LLC, PRESIDIO RESOURCES, LLC, JOHN LARSON, ROBERT PFAFF, STEVEN BUSS, AND DAVID AMIR MAKOV |

**STIPULATION OF DISMISSAL**

COME NOW Plaintiff Theodore C. Swartz and Defendants Presidio Advisory Services, LLC, Presidio Growth, LLC, Presidio Resources, LLC, John Larson, Robert Pfaff, Steven Buss, and David Amir Makov ("Presidio Defendants"), pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, and hereby stipulate and agree that Plaintiff Theodore C. Swartz dismisses with prejudice all claims and causes of action

STIPULATION AND ORDER OF DISMISSAL OF
PRESIDIO DEFENDANTS - 1

asserted in the above-styled lawsuit against Presidio Defendants. Plaintiff Theodore C. Swartz and Presidio Defendants shall bear their own respective costs and attorneys' fees in connection with this dismissal and this lawsuit.

Plaintiff voluntarily dismisses all remaining claims against all defendants.

SO STIPULATED AND AGREED:

ISAACSON & WILSON, P.S.

By: _/s/ Mark J. Wilson_____  DATED: August 20, 2008
    Mark J. Wilson
    Attorneys for Plaintiff
    Theodore C. Swartz


LATHAM & WATKINS, LLP

By: __/s/ Steven M. Bauer_____  DATED: August 20, 2008
    Steven M. Bauer
    Attorneys for Defendants Presidio
    Advisory Services, LLC, Presidio
    Growth, LLC, Presidio Resources, LLC,
    John Larson and Robert Pfaff


SAVITT & BRUCE, LLP

By: __/s/ Stephen C. Willey_____  DATED: August 20, 2008
    Stephen C. Willey
    Attorneys for Defendant Steven Buss


SUMMIT LAW GROUP, PLLC

By: _/s/ Philip S. McCune_____  DATED: August 20, 2008
    Philip S. McCune
    Attorneys for Defendant David
    Amir Makov

STIPULATION AND ORDER OF DISMISSAL OF
PRESIDIO DEFENDANTS - 2

**ORDER**

**PURSUANT TO THE STIPULATION OF THE PARTIES**, through their respective attorneys of record, that Defendants Presidio Advisory Services, LLC, Presidio Growth, LLC, Presidio Resources, LLC, John Larson, Robert Pfaff, Steven Buss, and David Amir Makov may be dismissed from this lawsuit in its entirety, with prejudice, each side to bear their own costs and attorneys' fees in the matter,

**IT IS HEREBY ORDERED** that Defendants Presidio Advisory Services, LLC, Presidio Growth, LLC, Presidio Resources, LLC, John Larson, Robert Pfaff, Steven Buss, and David Amir Makov may be and are hereby DISMISSED with prejudice. Plaintiff Theodore C. Swartz and Defendants Presidio Advisory Services, LLC, Presidio Growth, LLC, Presidio Resources, LLC, John Larson, Robert Pfaff, Steven Buss, and David Amir Makov shall bear their own costs and attorneys' fees in connection herewith. All remaining claims against all defendants are dismissed.

Dated this _25th_ day of ___August_____, 2008.

    __/s Marsha J. Pechman_____
    Honorable Marsha J. Pechman

Presented by

ISAACSON & WILSON, P.S.

____/s/_ _Mark J. Wilson_____
Mark J. Wilson WSBA No. 16675
Attorneys for Plaintiff

STIPULATION AND ORDER OF DISMISSAL OF
PRESIDIO DEFENDANTS - 3

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on August 20, 2008, a true and correct copy of STIPULATION AND ORDER OF DISMISSAL OF PRESIDIO ADVISORY SERVICES, LLC, PRESIDIO GROWTH, LLC, PRESIDIO RESOURCES, LLC, JOHN LARSON, ROBERT PFAFF, STEVEN BUSS, AND DAVID AMIR MAKOV was filed with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to the following:

Stuart E. Abrams sabrams@frankelabrams.com
Jonathan E. Altman altmanje@mto.com
Justin E. Aragon jaragon@orrick.com
Steven M. Bauer Steve.Bauer@lw.com, sara.graves@lw.com
Brad D. Brian brianbd@mto.com
Walter F. Brown, Jr. wbrown@orrick.com
Ruth Ann E. Castro RCastro@fbm.com
William F. Cronin wcronin@corrcornin.com, jabraham@corrcronin.com, reception@corrcronin.com
Richard E. Drooyan drooyanre@mto.com
Mary C. Eklund mceservice@erslaw.com
Seth C. Farber sfarber@dl.com, lpmco@dl.com
Jessica L. Goldman jessicag@summitlaw.com, lesliet@summitlaw.com
Steven M. Graham smgraham@isaacsonwilson.com, smgraham@justice.com
Staci L. Gruen sgruen@dl.com
Charles J. Ha charles.ha@hellerehrman.com, malissa.tracey@hellerehrman.com, sedocketing@hellerehrman.com
Nancy E. Harris nharris@orrick.com
Lawrence M. Hill lhill@dbllp.com
Brian Gary Isaacson bgisaacson@isaacsonwilson.com, aalor@isaacsonwilson.com,
Adam J. Kaiser ajkaiser@dl.com, lpmco@dl.com
George Kargianis george@kargianislaw.com, cheryl@kargianislaw.com, kristen@kargianislaw.com
Kelly Librera klibrera@dbllp.com
Nicholas Arnold Manheim NManheim@perkinscoie.com, Clewis@perkinscoie.com
Philip S. McCune philm@summitlaw.com, marciar@summitlaw.com
Richard A. Nessler rnessler@dbllp.com
Huyen-Lam Q. Nguyen-Bull hgnguyen@gsblaw.com, ldruss@gsblaw.com
Matthew C. Oxman moxman@dl.com
Paul R. Raskin praskin@corrcronin.com, dpatterson@corrcronin.com, elesnick@corrcronin.com, reception@corrcronin.com
Amy L. Rudd arudd@dl.com
Harry H. Schneider, Jr. hschneider@perkinscoie.com, docketsea@perkinscoie.com, rditlevson@perkinscoie.com
Stephanie Powers Skaff SSkaff@fbm.com
David Hugh Smith dsmith@gsblaw.com, sberry@gsblaw.com
Benjamin Sokoly bsokoly@deweyballantine.com
Danielle T. Sugarman dsugarman@dl.com
Susan R. Szabo SzaboSR@mto.com
Philip A. Talmadge phil@talmadgelg.com, christine@talmadgelg.com
Margaret A. Tough Margaret.tough@lw.com, #sfdocket@lw.com
Stephen C. Willey swilley@jetcitylaw.com, dcolvin@jetcitylaw.com, dhiga@jetcitylaw.com, melbelau@jetcitylaw.com, tcowden@jetcitylaw.com
Mark Jeffrey Wilson mjwilson@isaacsonwilson.com
Douglas R. Young DYoung@fbm.com

/s/ Mark J. Wilson

STIPULATION AND ORDER OF DISMISSAL OF
PRESIDIO DEFENDANTS - 4